UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 12-48443-399 |
| LEON THOMAS | ) | Chapter 13 |
| CAROLYN D THOMAS | ) | |
| | ) | Re: Objection to Claim 13 filed by |
| | ) |     CITIMORTGAGE INC |
| | ) |     Acct: 7126 |
| | ) |     Amount: $94,546.46 |
| **Debtors** | ) | Response Due: June 28, 2013 |
| | ) | |

### TRUSTEE'S OBJECTION TO CLAIM 13

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim filed by CITIMORTGAGE INC dated May 21, 2013 for $94,546.46 was filed after the last day for filing claims in this case which was December 26, 2012, and said claim should be denied.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO  63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: June 07, 2013                                      /s/ John V. LaBarge, Jr.
                                                                       John V. LaBarge, Jr.
OBJCLM--JS                                                    Standing Chapter 13 Trustee
                                                                       P.O. Box 430908
                                                                       St. Louis, MO  63143
                                                                       (314) 781-8100  Fax: (314) 781-8881
                                                                       trust33@ch13stl.com

**12-48443 Trustee's Objection to Claim 13**                              06/07/2013  Page 2

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of June 07, 2013.

                                                                                 /s/ John V. LaBarge, Jr.

LEON THOMAS  
CAROLYN D THOMAS  
12403 QUATRE DR  
FLORISSANT, MO  63033  

MACEY BANKRUPTCY LAW PC  
515 OLIVE  
STE 702  
ST LOUIS, MO  63101  

CITIMORTGAGE INC  
PO BOX 688971  
DES MOINES, IA  50368-8971  

CITIMORTGAGE INC  
PO BOX 6030  
SIOUX FALLS, SD  57117-6030